**339  GREENWOOD SCHOOL DIST. vs. CIRCUIT JUDGE (St. Clair), 41 M., 549.**

To vacate an order striking a cause from the docket for want of due notice.

Granted October 8, 1879.

Held, that service of notice of trial by mail is sufficient if made on an attorney or on a party who appears in person in an appeal case in the circuit.